# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WESTERN WASHINGTON

MICHAEL SALVO,

  Plaintiff,

vs.

HORIZON AIR INDUSTRIES, INC., AND ALASKA AIR GROUP, INC.

  Defendants.

CASE NO. 2:21−cv−00430−DGE
**STIPULATION OF DISMISSAL**

Pursuant to FRCP 41(a) "Voluntary Dismissal", the Plaintiff files the following Stipulation of Dismissal signed by all parties who have appeared.

DATED: MAY 23, 2022

Respectfully submitted,

| s/Stephani L. Ayers | s/John Hodges-Howell |
|---|---|
| Stephani L. Ayers<br>Law Office of S.L. Ayers<br>P.O. Box 1061<br>Medford, OR 97501<br>Stephani L. Ayers tel: 813.382.7865<br>Fax: 1.888.866.4720<br>E-mail:<br>stephani@whistleblowerdefenders.com<br><br>Counsel for Plaintiff | John Hodges-Howell<br>Gregory Hendershott<br>Meg Burnham<br>Davis Wright Tremaine LLP<br>920 Fifth Ave, Suite 3300<br>Seattle, WA 98104-1610<br>Tel: (206) 757-8255<br>Fax: (206) 757-7255<br>Emails: jhodgeshowell@dwt.com<br>gregoryhendershott@dwt.com<br><br>Counsel for Defendants |

VOLUNTARY DISMISSAL - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

VOLUNTARY DISMISSAL  - 2