UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN WASHINGTON

MICHAEL SALVO,

  Plaintiff,

  vs.

HORIZON AIR INDUSTRIES, INC.,
AND ALASKA AIR GROUP, INC.

  Defendants.

CASE NO. 2:21−cv−00430−DGE
[CORRECTED] STIPULATION OF DISMISSAL

Pursuant to FRCP 41(a) "Voluntary Dismissal", the Plaintiff files the following Stipulation of Dismissal (with prejudice) signed by all parties who have appeared.

DATED: MAY 23, 2022

Respectfully submitted,

| s/Stephani L. Ayers | s/John Hodges-Howell |
|---|---|
| Stephani L. Ayers | John Hodges-Howell |
| Law Office of S.L. Ayers | Gregory Hendershott |
| P.O. Box 1061 | Meg Burnham |
| Medford, OR 97501 | Davis Wright Tremaine LLP |
| Stephani L. Ayers tel: 813.382.7865 | 920 Fifth Ave, Suite 3300 |
| Fax: 1.888.866.4720 | Seattle, WA 98104-1610 |
| E-mail: | Tel: (206) 757-8255 |
| stephani@whistleblowerdefenders.com | Fax: (206) 757-7255 |
| | Emails: jhodgeshowell@dwt.com |
| Counsel for Plaintiff | gregoryhendershott@dwt.com |
| | Counsel for Defendants |

VOLUNTARY DISMISSAL  - 1