UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL SALVO,<br><br>      Plaintiff,<br> v.<br><br>HORIZON AIR INDUSTRIES INC et al.,<br><br>      Defendant. | CASE NO. 2:21-cv-00430-DGE<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

On May 23, 2022, the parties in this case submitted a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  (Dkt. No. 24.)  The stipulation is signed by all parties who have appeared in this case and otherwise complies with the relevant rule.   Accordingly, this case is DISMISSED with prejudice.

Dated this 24th day of May, 2022.

David G. Estudillo
United States District Judge

ORDER DISMISSING CASE WITH PREJUDICE - 1